

NUMBER 13-09-00356-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

ARTHUR RENDON,                                                          Appellant,

v.

BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT SUPERINTENDENT
HECTOR GONZALES, ET AL.,                                               Appellees.

On appeal from the 107th District Court
of Cameron County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam

Appellant, Arthur Rendon, perfected an appeal from a judgment entered by the

107th District Court of Cameron County, Texas, in cause number 2009-01-52-A. Appellant

has filed a motion to dismiss the appeal on grounds that he does not desire to prosecute

his appeal of the case.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 31st day of August, 2009.